# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**CASE NO.** ____

| | | | | |
|---|---|---|---|---|
| Debtor | **Kayla Paul-Lindsey** | SS# **xxx-xx-8210** | Median Income | ☒ Above ☐ Below |
| Joint Debtor | | SS# | | |
| Address | **7021 Hwy 25 Brandon, MS 39047-0000** | | | |

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)   Debtor shall pay $ **3,370.00 per monthly** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

> **Debtor proposes to pay directly as the majority of her income is from being self employed**

**PRIORITY CREDITORS.**
Filed claims that are not disallowed to be paid in full or as ordered by the Court as follows:

| | | | |
|---|---|---|---|
| Internal Revenue Service: | $ **0.00** | @ **0.00** | /month |
| Mississippi Dept. of Revenue: | $ **0.00** | @ **0.00** | /month |

**DOMESTIC SUPPORT OBLIGATION** DUE TO:
**-NONE-**
POST PETITION OBLIGATION: In the amount of $ per month beginning .
To be paid _____ direct, _____ through payroll deduction, or _____ through the plan.
**-NONE-**
PRE-PETITION ARREARAGE: In the total amount of $ through shall be paid the amount of $ per month beginning
To be paid _____ Direct _____ through payroll deduction _____ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

MTG PMTS TO: **Ocwen Loan Servicing**   BEGINNING **January 2013**   @$ **1,919.00**   ☒ PLAN ☐ DIRECT
MTG ARREARS TO: **Ocwen Loan Servicing**   THROUGH **December 2013**   $ **32,000.00**   **533.33** /MO*

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**
Creditor: **-NONE-**   Approx. amt. due: _____   Int. Rate: _____
Property Address: _____   Are related taxes and/or insurance escrowed   Yes   No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| -NONE- | | | | | % | |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

Debtor's Initials  **KP**   Joint Debtor's Initials ____                                CHAPTER 13 PLAN, PAGE 1 OF 2

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| M&F Bank | CD | 26,531.00 | Abandon, Pay Zero |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| Sallie Mae | $35,653.00 | $0.00 | Treat as all other timely filed unsecured claims |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:   **-NONE-**

**GENERAL UNSECURED DEBTS** totaling approximately $ __0.00__ Such claims must be timely filed and not disallowed to receive payment as follows:   __XXX__   IN FULL (100%) or   __100__ % (percent) MINIMUM, or a total distribution of $____, with the Trustee to determine the percentage distribution. **Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.**

Total Attorney Fees Charged $ __3,000.00__
Attorney Fees Previously Paid $ __1,219.00__
Attorney fees to be paid in plan $ __1,781.00__

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

| Automobile Insurance Co/Agent | Attorney for Debtor (Name/Address/Phone # / Email) |
|---|---|
| | **William W. Stover, Jr.** |
| | **511 East Pearl Street** |
| | **Jackson, MS 39201** |
| Telephone/Fax | Telephone/Fax  **601-949-5000** |
| | Facsimile No.  **601-510-9089** |
| | E-mail Address  **john.gadow@sgtlawfirm.com** |
| | **wes.stover@sgtlawfirm.com** |
| | **btyler@pgtlaw.com** |

DATE:  **October 29, 2013**     DEBTOR'S SIGNATURE     **/s/ Kayla Paul-Lindsey**
                                ATTORNEY'S SIGNATURE   **/s/ William W. Stover, Jr.**