```
KAYLA PAUL-LINDSEY              IRS                         US ATTORNEY/SALLIE MAE
P.O. BOX 4096                   PO BOX 7346                 C/O PSHON BARRETT
BRANDON, MS 39047               PHILADELPHIA, PA 19101-7346 501 E COURT STE 4.430
                                                            JACKSON, MS 39201


WILLIAM W. STOVER, JR. MS BAR   IRS C/O DAVID USRY
STOVER GADOW & TYLER, PLLC      US ATTORNEY
511 EAST PEARL STREET           501 E COURT STE 4.430
JACKSON, MS 39201               JACKSON, MS 39201


ADVANCED RECOVERY               M & F BANK
SYSTEMS                         PO BOX 520
PO BOX 3590                     KOSCIUSKO, MS 39090
JACKSON, MS 39207


BANK OF AMERICA                 MISS STATE TAX COMM
P.O. BOX 982235                 BANKRUPTCY SECTION
EL PASO, TX 79998               PO BOX 22808
                                JACKSON, MS 39225


CHEX SYSTEMS INC                OCWEN LOAN SERVICING
CONSUMER RELATIONS              3451 HAMMOND AVE
7805 HUDSON RD #100             WATERLOO, IA 50702
SAINT PAUL, MN 55125


EDWARD MCCOY                    SALLIE MAE
C/O STEVENS & WARD              PO BOX 4600
1855 LAKELAND DR #Q200          WILKES BARRE, PA 18773-4600
JACKSON, MS 39216


EQUIFAX INFORMATION SERVICES    STUART ALLAN & ASSOC
PO BOX 740256                   5447 E. 5TH STREET
ATLANTA, GA 30374               SUITE 110
                                TUCSON, AZ 85711


EXPERIAN                        TELECHECK
PO BOX 2002                     5251 WESTHEIMER
ALLEN, TX 75013                 HOUSTON, TX 77056


HEALTHCARE FINANCIAL            TRANSUNION
911 FLYNT DRIVE                 PO BOX 1000
FLOWOOD, MS 39232               CRUM LYNNE, PA 19022
```